**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOE DELGADILLO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-0041 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| **COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et. al.,** | : | |
| Defendants | : | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick, **(Doc. 23)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The DOC defendants' motion to dismiss the plaintiff's complaint, **(Doc. 14)**, is **GRANTED IN PART AND DENIED IN PART**.

**(3)** Defendant PA Flatt's motion to dismiss the plaintiff's complaint, **(Doc. 18)**, is **GRANTED**.

**(4)** The plaintiff's excessive force claim against Sergeant Bocci, *Monell* claim, and claim directly under the Pennsylvania Constitution are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

**(5)** The plaintiff's Eighth Amendment deliberate indifference

claims against PA Flatt, Sergeant Bocci, Superintendent Harry and John Doe CO No. 1 are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

**(6)** The plaintiff is allowed to proceed as to his Eighth Amendment deliberate indifference claims against John Doe CO Nos. 2-10.

**(7)** The Clerk of Court is directed to **TERMINATE** The Pennsylvania Department of Corrections and SCI Camp Hill as defendants from this action.

**(8)** Since the plaintiff has filed his amended complaint, (Doc. 24), the remaining defendants shall file their response within twenty-one (21) days from the date of this order.

**(9)** The matter is remanded to Judge Mehalchick for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 22, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0041-01-ORDER.wpd